Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of Idaho
_____ Division

U.S. COURTS
FEB 16 2024
Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

| | |
|---|---|
| Jessica-Ann: Tijerina | Case No. 1:24-cv-00093-BLW |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* [X] Yes [ ] No |
| -v- | |
| STATE OF IDAHO, CANYON COUNTY PROSECUTOR'S, MATTHEW R. THOMPSON, T. SHANE DARRINGTON | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jessica-Ann: Tijerina |
| Street Address | P.O. Box 2205 |
| City and County | Seguin    Guadalupe County |
| State and Zip Code | Texas 78156 |
| Telephone Number | 208-392-8855 |
| E-mail Address | jessicaann1040@gmail.com |

I am staying with someone at the moment as I would be homeless as Idaho has not been my home c/o adress for where I am currently is 118 Sunset Landing Building F, Apartment 304 Caldwell, Idaho 83605

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: STATE OF IDAHO
- Job or Title (if known):
- Street Address: 700 WEST JEFFERSON STREET
- City and County: BOISE     ADA COUNTY
- State and Zip Code: IDAHO    83720
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: JARED SMITH, BRYON TAYLOR, DOUG ROBERTSON
- Job or Title (if known): CANYON COUNTY PROSECUTOR'S
- Street Address: 115 ALBANY STREET
- City and County: CALDWELL    CANYON COUNTY
- State and Zip Code: IDAHO    83605
- Telephone Number: 208-454-7391
- E-mail Address (if known): CRIMINALEFILE@CANYONCOUNTY.ID.GOV

Defendant No. 3
- Name: MAGISTRATE MATTHEW R. THOMPSON
- Job or Title (if known): MAGISTRATE JUDGE
- Street Address: 1115 ALBANY STREET
- City and County: CALDWELL    CANYON COUNTY
- State and Zip Code: IDAHO
- Telephone Number: 208-454-7512
- E-mail Address (if known):

Defendant No. 4
- Name: MAGISTRATE T. SHANE DARRINGTON
- Job or Title (if known): MAGISTRATE JUDGE
- Street Address: PO BOX 128
- City and County: MURPHY    OWYHEE COUNTY
- State and Zip Code: IDAHO    83650
- Telephone Number: 208-495-2806
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
HAUGE CONVENTION, HOBBS ACT, BILL OF RIGHTS, US CONSTITUTION, TRUST LAWS as Jessica-Ann: Tijerina is Beneficiary under Inter Vivo's Trust owning equity in the vessel of the commerce name JESSICA ANN TIJERINA

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

       The plaintiff, *(name)* Jessica-Ann: Tijerina, Beneficiary, is a citizen of the State of *(name)* Texas.

    b. If the plaintiff is a corporation

       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

       The defendant, *(name)* Magistrate Matthew R. Thompson, is a citizen of the State of *(name)* Idaho. Or is a citizen of *(foreign nation)* _____.

3. The Defendant(s) a. If the defendant is an individual The defendant, Magistrate T. Shane Darrington , is a citizen of the State of Idaho .

4. The Defendant(s) a. If the defendant is an individual The defendant, Jared Smith , is a citizen of the State of Idaho.

5. The Defendant(s) a. If the defendant is an individual The defendant, Doug Robertson citizen of the State of Idaho .

6. The Defendant(s) a. If the defendant is an individual The defendant, Bryon Taylor , is a citizen of the State of Idaho .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.     If the defendant is a corporation

The defendant, *(name)* STATE OF IDAHO , is incorporated under the laws of the State of *(name)* IDAHO , and has its principal place of business in the State of *(name)* IDAHO .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* IDAHO .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
The Trust protects the real interest party's by filings in U.C.C. records and IRS documents.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I am not the corporate legal entity known as JESSICA ANN TIJERINA but am vessel owner and have lived in the state of Texas for more than two years. I am a state national under diversity of citizenship and real interest party to the case at hand. I am beneficiary of Inter Vivo's Trust with real recordings in Bexar County Texas, U.C.C. records in the Seceratary of Texas and Colorado States. Idaho extradited me on fraudulant terms and false record by a Third Party. My rights and due process being ignored, Idaho has seeked jurisdiction on an address I lived at in 2017 and as ignored the Truth of my home state, taking my children and giving me an no contact order without explanation. Releif is requested and restitution for false detainment and ankle monitoring , children restored to mother and names of property to be brought back to Trustee.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Canyon County Courthouse has received the True Bill for the Trust and real property held in the amount of $178,588,500.00 (one million seventy eight thousand five hundred eighty eight five hundred us dollars) Please see attached True Bill

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/16/2024

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Jessica-Ann: Tijerina, Beneficiary

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address