**U.S. COURTS**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

APR 0 4 2024

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

| | |
|---|---|
| Jessica Ann Tijerina | ) |
| | ) Case No. 1:24-cv-00093-BLW |
| *Plaintiff* | ) |
| | ) |
| vs. | ) |
| | ) |
| Bradley Jay Little | ) |
| Raul Rafael Labrador | ) |
| Julie A. Ellsworth | ) |
| Phil McGrane | ) |
| G. Richard Bevan | ) |
| Kierin Donahue | ) |
| Bryan Taylor | ) |
| Jared Smith | ) ORIGINAL AMENDED COMPLAINT |
| Doug Robertson | ) |
| Kyra Venecia | ) |
| Mary Hoagland | ) |
| Matthew R. Thompson | ) |
| Timothy Shane Darrington | ) |
| Kyle Shou | ) |
| Laurie Fortier | ) |
| Chelsie Johnson | ) |
| Trent Tripple | ) |
| Chris Yamamoto | ) |
| Rick Hogaboam | ) |
| Robert Rinard | ) |
| Craig Gregory | ) |
| Bridgett Kernan | ) |
| James L. Davis | ) |
| Brett William Schoufler | ) |
| Greg Ferney | ) |
| Aaron Bazzoli | ) |
| Roger Dale Stevens II | ) |
| Anna May Hogan Stevens | ) |

*Defendants*

## ORIGINAL AMENDED COMPLAINT UNDER RULE 15(A)(1)(b)

COMES NOW, the plaintiff, Jessica Ann Tijerina appearing pro se and make the following amended complaint. The amendment addresses and corrects the defendant's perceived deficiencies in the original complaint, therefore respectfully files this brief in support of amended complaint and for Joiner of Additional Defendants, showing the Court as follows:

1

### Jurisdiction and Venue

1. This Court has subject matter jurisdiction over this action under 28 USC § 1332 because plaintiff is domiciled in Texas republic and defendants are in Idaho and the amount in controversy is more than $75,000.00.
2. This Court has personal jurisdiction over the defendants because the defendants are residents of the state of Idaho and because most of the underlying facts occurred in Idaho.
3. This court is a proper venue under 28 USC § 1391 because the defendants are residents of Idaho, which is within the district and most of the underlying facts occurred in Idaho.

### FACTS OF THE CASE

1. All the named above Defendants violated my Constitutional rights. I was not served due process but found guilty before any court proceeding. I was arrest under Fugitive of Justice and held with no due process. My unalienable rights stripped, due process denied, life liberty and pursuit of happiness was gone. No equality of of rights given. My redress for grievance was denied over and over again by the named defendants. I was not secure in my home but held for capital in an infamous crime that did not occur. Not one person above had impartiality but made judgement upon a list of events that did not have merit. Plaintiff has been given cruel and unusual punishment by excessive bail, no contact order for her children and ankle monitor. Held in jail for 118 days.
2. On June 19th, 2023 Anna May Hogan Stevens and Roger Dale Stevens II made a police report giving misleading statements to Craig Gregory.
3. On June 19th, 2023 Craig Gregory went to an address that was provided by Anna May Hogan Stevens and Roger Dale Stevens II and found plaintiff had not residing there since 2019 nor received mail as stated by the initial phone call. Craig Gregory did not investigate further the alleged accusations and other misleading statements. No act of due faith or of good credit shows a proper investigation from all allegations was conducted.
4. Craig Gregory added my children upon a NCIC list than removed them upon a phone call made by plaintiff upon which Craig Gregory spoke to the children and found they were not missing and safe.
5. Jared Smith on July 12th, 2023 made a criminal complaint upon plaintiff upon the false address and misleading information provided by Anna May Hogan Stevens and Roger Dale Stevens II showing intent of harm to plaintiff with undue process of good faith or conduct. Jared Smith having the original complaint shows intentional harm upon the plaintiff, due process violations.
6. July 13th, 2023, James L. Davis received correspondence from plaintiff and told plaintiff the case was being reviewed by prosecutor and plaintiff sent documents for the case to show she was not and has not been in Idaho for over two years. As well as documents to show the case was disposed of in Texas and the children live with her.
7. July 18th, 2023 a warrant was issued and signed by Matthew R. Thompson upon the criminal complaint for any government official in Canyon County with no NCIC checked off but warrant saying it is an extraditable warrant within the second paragraph and with false address.
8. June 22nd, 2023 Bridgett Kernan stated in her investigation there was no interest of justice and prosecutor would not file.
9. June 23rd, 2023 Bridgett Kernan stated an email received and the case would be considered.
10. August 14th, 2023 Brigdett Kernan received a search warrant upon plaintiff's phone number warrant #2023-363. Brigdett Kernan states a number she used for plaintiff's spouse but it is not his phone number. Unreasonable search and seizure by way of undue process or ignorance of facts.
11. October 10th, 2023, Brigett Kernan received new search warrant to ping plaintiff's phone.
12. October 11th, 2023, Brigett Kernan requested updates on the extradition of warrant upon plaintiff.

13. October 13th, 2023 plaintiff was arrested in her home state of Texas and kidnapped and her children kidnapped from their home with threats, harassment, against their will's with no warrant shown. Violation of unalienable rights for imprisonment.

14. October 13th, 2023 plaintiff was given a No Contact Order and no explanation for kidnapping and labeled as a Fugitive of Justice.

15. October 30th, 2023 Roger Dale Stevens II signed affidavit of identity as plaintiff has no criminal record as stated by Roger Dale Stevens II on initial phone call June 19th, 2023.

16. November 1st, 2023 warrant was quashed as no probable cause existed and sent to plaintiff's home address of 1338 Canary Lane Seguin, Texas.

17. November 1st, 2023 new warrant was issued by Matthew R. Thompson under the false address with probable cause dated November 1st, 2023.

18. Plaintiff was held from October 13th, 2023 to November 7th, 2023 when new warrant was served in Guadalupe County Texas Detention Center under the orders of Idaho as well a no contact order against her regarding her children, address was 1338 Canary Lane Seguin, Texas.

19. November 9th, 2023 Chris Yamamoto signed requisition for extradition given by Bryan Taylor and Matthew R. Thompson.

20. November 13th, 2023 Bradley Jay Little signed Governor's warrant for extradition bypassing general council and good faith and credit was not shown as there was not indictment but a complaint with the government who were to show the burden of proof.

21. November 13, 2023 Phil McGrane, Bradley Jay Little, Chris Yamamoto, Matthew R. Thompson, Raul Rafael Labrador agreed to document for extradition bypassing general counsel and showing neglect of any and all due process. Chris Yamamoto certifying the documents showing intentional neglect.

22. November 27th, 2023 General Counsil of Idaho received the Extradition documents.

23. January 9th, 2024, plaintiff received governor's warrant in Texas.

24. January 27th, 2024, plaintiff was extradited and served a fourth warrant by Sharee May and held in Canyon County Adult Detention center with again false address upon the warrant.

25. February 8th, 2024 plaintiff made bale of $25,000.00 and under duress and threats was forced to sign pretrial for a GPS ankle monitor. This is violation of excessive bail, excess fines being imposed and unusual punishment.

26. March 28th, 2024 Kyra Venecia has ignored facts and concealed evidence as all but one warrant is missing from the discovery. Discovery requested did not have the file requested of police misconduct and show of sloppy investigation. Witnesses requested where not listed and no credibility found within the scope of the file. Kyra Venecia denied foundational evidence and refused the phone call and follow up by Craig Gegory that shows plaintiff was not in Idaho the base for all this criminal allegation. Kyra Venecia further obstructed truth by ignoring the facts of the case being without merit as plaintiff in 2019 judgement and order re:modification did not state she must stay in Idaho with the children although the judgement is in the discovery for the case. Kyra Venecia further denied all evidence presented by plaintiff with no justifiable cause. The enumeration of rights shall not be construed to impair or deny other rights retained by the people.

27. All documents plaintiff has been forced to sign against her will have been with UCC 1-308 reserving all her rights.

28. Canyon County Court does not have the warrants upon record and plaintiff was denied copies and told to ask the Sheriff which no warrants were given. No bill of attainer, ex post facto law, or law impairing the obligation of contracts shall ever be passed.

29. Plaintiff has submitted to court record affidavit's, documents, Habeas Corpus, and evidence with exhibits all which have been denied or dismissed with no reason given by Matthew R. Thompson and Timothy Shane Darrington.

30. Matthew R Thompson, Timothy Shane Darrington, Richard Bevan are dishonoring their oaths to uphold the Constitution within admiralty jurisdiction

3

31. Timothy Shane Darrington is without a valid oath and no bond, has shown extreme bias and refused in open court on February 8th, 2024 to honor the United States Code.

32. Kierin Donahue and Mary Hoagland have refused to uphold the Constitution by denial of Constitutional rights by way of unwarranted extradition and pretrial release.

33. Rick Hogaboam has refused to file documents stating under procedure even though he has received the law attached.

34. Greg Ferny and Aaron Bazzoli filed documents into court without consent or knowledge of the plaintiff and told court plaintiff did not have an alibi of which she does and did not acknowledge the facts and relevance of documents that uphold her innocence.

35. Robert Rinard has a lien against plaintiff for a case that was disposed of in Texas but is part of the factor that Anna May Hogan Stevens and Roger Dale Stevens II have taken and given a misleading police report.

36. Julie A. Ellsworth is executing documents and signing for treasury account monies that plaintiff has sole authority to do so.

37. Kyle Schou refusing to honor the foreign judgement placed on record in Ada county as a Judicial Notice and therefore harassing plaintiff further by making plaintiff show in court for vacating a default judgement that was already disposed of in Texas but because plaintiff and children are now in Idaho under misleading allegations and kidnapping she is forced against her will to show in court to demand relief as the children and plaintiff are being held by force in a state that has not been their home for over two years.

38. Trent Tripple has not honored his oath denied plaintiff relief under common law and ignored documents due to procedure.

39. Laurie Fortier entered a default judgement July 5th, 2023 and denied plaintiff remedy under procedure and ignored due process refused to honor her oath to uphold the Constitution and acted under maritime law.

40. Chelsie Johnson refused documents and blocked plaintiff from seeking relief by sending back mail although signed for and sent certified. Chelsie Johnson also refused to acknowledge facts of case being disposed in Texas.

41. Brett William Schoufler harassing the plaintiff in false allegations by summons and demand of discovery for money upon child support as plaintiff has homeschooled her children and this case was disposed of in Texas once again being ignored in Idaho for purpose of extortion and defaming the character of plaintiff.

42. On June 9th, 2023 the Foreign default judgement brought from Idaho to Texas was disposed of showing intentional harm from Roger Dale Stevens II and Anna May Hogan Stevens as they called the police to give a false statement and report. Roger Dale Stevens II and Anna May Hogan Stevens had already tried in Texas to say plaintiff had kidnapped her children. These allegations had no merit as plaintiff had help from the Harker Heights Police and Lt. Justin Kelly Criminal investigations/S.W.A.T. Bell County Sheriff's Department Texas further acknowledged by Judge D. Blackburn in Bell County Texas to stop and shut down the false reports.

43. February 1st, 2024 Roger Dale Stevens II through his attorney filed into the already Disposed case and Judgement rendered by plaintiff in Texas a Notice of Nonsuite this furthers acknowledges the willful and intentional harm by Roger Dale Stevens II to substantially discredit and harm the plaintiff and children.

44. Plaintiff Jessica Ann Tijerina is an internationally protected people. She is a state national and not the presumed U.S. Citizen the court ignoring documents and placing plaintiff in direct irreconcilable harm from her known abuser Roger Dale Stevens II.

45. Plaintiff owns all chattel held in maritime jurisdiction without recourse and not giving up or waiving any personal rights or being held liable with proper documentation. All above defendants have been given notice by way of email, certified mail, efile and hand delivery showing negligence and intentional harm.

46. Plaintiff has suffered unreasonable fear from those who holding oaths to protect extorting the plaintiff and children and forever changing the trajectory of their life in irreparable damage to their physical, mental, emotional state of being. The plaintiff though many times asked has yet to know how her children are doing after being taken with no understanding and no lawful orders to do so from Texas. Plaintiff has asked for a

wellness check and nothing was reported back and met with non-response. The life, liberty and pursuit of happiness has been taken by force yet protected by the Constitution.

47. Plaintiff is extremely concerned for her children's wellbeing as Roger Dale Stevens II has a sealed CPS record and known contempt of court on record as well as a history of giving fraudulent statements on record.

48. There has been a repeated offense of denial of full disclosure and I and my children are not vessels as defined in 18 USC 9 but Plaintiff all above defendants have violated.

**POINT OF LAW**

**First Amendment** -redress denied multiple times, **Third Amendment –** no consent given

**Fourth Amendment**

*The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.*

**Fifth Amendment-** no presentment or indictment of a Grand Jury was given, live, liberty, property and due process was taken, **Sixth Amendment-** impartiality was not found , **Eighth Amendment-** excessive fine's and bail and cruel punishment keeping my children from plaintiff, **Ninth Amendment-** all rights I retained were taken under color of law and color of office **and Tenth Amendment-** plaintiff was denied rights yet retained by her.

**Article III ,Section 2 Justiciability, Clause 2 Supreme Court Jurisdiction**

*In all Cases affecting Ambassadors, other public Ministers and Consuls, and those in which a State shall be Party, the supreme Court shall have original Jurisdiction. In all the other Cases before mentioned, the supreme Court shall have appellate Jurisdiction, both as to Law and Fact, with such Exceptions, and under such Regulations as the Congress shall make.*

**Article 4, Section 4**

*(4)The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened) against domestic Violence.*

**Article I, Section 8, Clause 1:**

*The Congress shall have Power To lay and collect Taxes, Duties, Imposts and Excises, to pay the Debts and provide for the common Defence and general Welfare of the United States; but all Duties, Imposts and Excises shall be uniform throughout the United States; . .*

**Article VI**

*All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.*

*This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.*

*The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States.*

**18 U.S.C. 1918** provides penalties for violation of oath of office described in **5 U.S.C. 7311** which include: (1) removal from office and; (2) confinement or a fine.

**The definition of "kidnapping" from Black's Law:**

5

Definition 1: At common law, the forcible abduction or stealing and carrying away of person from own country to another.

**Definition 2:** the unlawful seizure and removal of person from own country or state against his will.

**18 USC 2331** defines "international terrorism" as anything that violates the law between nations and also defines it as: "to intimidate or coerce a civilian population". It defines "acts of war" as: "armed conflict, whether or not war has been declared, between two or more nations. It also defines "person" as: "means any individual or entity capable of holding a legal or beneficial interest in property".

**18 USC 7** defines "special maritime and territorial jurisdiction of the United States" as: **(7)** Any place outside the jurisdiction of any nation with respect to an offense by or against a national of the United States;
**(9)** With respect to offenses committed by or against a national of the United States as that term is used in section 101 of the Immigration and Nationality Act-
(A) the premises of United States diplomatic, consular, military or other United States Government missions or entities in foreign States, including the buildings, parts of buildings, and land appurtenant or ancillary thereto or used for purposes of these missions or entities, irrespective of ownership; and
**(B)** residences in foreign States and the land appurtenant or ancillary thereto, irrespective of ownership, used for purposes of those missions or entities or used by United States personnel assigned to those missions or entities.

**18 USC 305(a)(5)** states: "**(a)** Under the direction of the Secretary of Homeland Security, the United States Secret Service is authorized to protect the following persons: **(5)** Visiting heads of foreign states or foreign governments."

**18 USC 878 –** threats or extortion to commit 112 or 1201/956- $50,000 – prison sentence for threatening is up to 5 years (if threat and commission of act, up to 20 years)

**18 USC 112 –** harming or kidnapping or any violation of liberty $250,000 – no more than 3 years in prison

**18 USC 956** Kidnapping an internationally protected person by a US citizen (CONSPIRACY) - $500,000- prison sentence can be any terms of years or life.

**18 USC 2111 –** taking or attempting to take anything via force, violence or intimidation $250,000 – up to 15 years in prison

**18 USC 1621 –** perjury/ violation of oath - $100,000- up to 5 years in prison

**18 USC 1622 –** getting someone else to commit perjury/violation of oath -$100,000 – up to 5 years in prison

**18 USC 1001 –** government officer lying KNOWINGLY AND WILLFULLY - $100,000- up to 5 years in prison

**18 USC 1016 –** lying when administering oaths and/or certifying acknowledgements - $50,000- up to 2 years in prison

**18 USC 1589(c)(1) states:** the term "abuse or threatened abuse of law or legal process" means the use or threatened use of a law or legal process, whether administrative, civil, or criminal, in any manner or for any purpose for which the law was not designed, in order to exert pressure on another person to cause that person to take some action or refrain from taking some action.

**18 USC 1581 –** peonage - $500,000- up to 20 years in prison

6

**18 USC 1584 –** Involuntary Servitude- $500,000- up to 20 years in prison

**18 USC 1593A –** Benefitting financially from peonage, slavery, and trafficking in persons

**18 USC 2071 –** destroying, moving, ect, reports or documents in the court, recorder's office, ect. -$75,000- up to 3 years in prison

**18 USC 2076 –** district court clerk refuses to make or forward any document or report, ect. - $25,000- up to one year in prison

**18 USC 242 –** Breach of rights under color of law- $50,000 – up to 1 year in person if no kidnapping or harm. Bodily harm/dangerous weapons increases penalty for up to 10 years in prison.

**18 USC 241 –** Breach of rights under color of law -CONSPIRACY- $500,000- up to 10 years in prison. If kidnapping is part of the felony, then it increases to any amount of years, life in prison or death.

**18 USC 4 –** knowing of a felony and not letting a judge know about it (not reporting it) - $20, 000 – up to 3 years in prison.

**18 USC 912 –** organizations pretending to be government - $50,000 – up to 3 years in prison

**18 USC 1514(d)(B) –** Harassment - $50,000 – not more than 5 years in prison

**18 USC 1342 –** Committing 18 USC 1341 while using a false or assumed name (ens legis)- $150,000 – up to 5 years in prison

**41 USC 408 "(8)** disclosures, uses, or compels the disclosure of the social security number of any person."

**18 USC 1661 –** Piracy, robbery ashore - $500,000- life in prison

### COUNTS OF :

**Negligence, Extortion, Fraud, Color of Law, Color of Official Title, Racketeering, Violation of Oath, Kidnapping, Silence, Dishonor, Default, Agency by Estoppel, Trespass upon Chattel, Criminal Coercion, False Imprisonment, Harassment, Concealment of records, Lying Government officials, Perjury, Slavery and Trafficking**

### Relief Sought

WHEREFORE, Plaintiff demands the following relief: A monetary judgement in an amount not less than relief sought by invoices already on record in Idaho Secretary of State, Canyon County Courthouse, Ada County Courthouse and DHW records. A jury trial to this action- Such further relief that the court deems just and proper.

Respectfully submitted,

Jessica Ann Tijerina

7

**VERIFICATION**

I Jessica Ann Tijerina, declare as follows:

1. I am a Plaintiff in the present case.

2. I have personal knowledge of the events in the foregoing complaint.

3. I verify under penalty of perjury that the factual statements in this complaint are true.

Executed on this 3rd day of March, 2024 _____, Jessica Ann Tijerina, Plaintiff

**See Attached Supporting Documents**